UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                   :

MAGDALENA KULISZ et al.,              :
                                   :

              Plaintiffs,      :                  25-CV-10303 (JMF)
                                   :

      -v-                       :
                                   :                    ORDER

THE CITY OF NEW YORK et al.,      :
                                   :

             Defendants.     :
                                   :
--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated on the record during the teleconference held earlier today:

- The parties are hereby ORDERED to appear for a conference with the Court on **January 5, 2026**, at **10:30 a.m.** to discuss updates and next steps.  The conference will be held remotely by telephone.  The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key.  When prompted for an attendee ID number, press the pound (#) key again.  Once again, Plaintiffs may join the conference using the following link: https://us-courts.webex.com/meet/jmf_chambers. And once again, if Plaintiffs do not join the conference despite these accommodations, the Court will consider the arguments they have made to date in writing.

- The administrative stay entered on December 18, 2025, ECF No. 14, shall remain in effect up to and including **January 5, 2026.**  The Court clarifies, however, that the stay is limited to *execution* of the warrant of eviction on Plaintiffs; the stay does not preclude Defendants and their agents from carrying out the administrative process leading up to, but not including, the execution of the warrant.

- Finally, Defendants are hereby directed to file a letter apprising the Court of any factual developments in this case and proposing next steps no later than **January 2, 2026.**  Plaintiffs may, but are not required, to file such a letter by the **same date**.

      SO ORDERED.

Dated: December 22, 2025
      New York, New York                          JESSE M. FURMAN
                                       United States District Judge