UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                        :

MAGDALENA KULISZ et al.,             :

                        :

           Plaintiffs,      :

                        :      25-CV-10303 (JMF)

      -v-                 :

                        :         <u>ORDER</u>

THE CITY OF NEW YORK et al.,     :

                        :

           Defendants.     :

                        :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On January 2, 2026, interested parties Elizabeth Tapper and Robert Lerch filed an emergency motion to intervene in this case as of right pursuant to Fed. R. Civ. P. 24(a)(2) and to dissolve any TRO enjoining the state actors from effecting plaintiffs' eviction. *See* ECF No. 36. The Court determines that the proposed intervenors meet the standard for intervention as of right because they have: (1) shown an interest in the action through their ownership of the property at issue; (2) demonstrated that the interest may be impaired by the disposition of this action insofar as it prevents them from evicting Plaintiffs; and (3) shown that the interest is not protected adequately by the parties to this action. *See New York News, Inc. v. Kheel,* 972 F.2d 482, 485 (2d Cir. 1992). The Court therefore GRANTS the parties' motion to intervene.

As to the Intervenors' motion to dissolve the TRO, the Court must and does DENY that motion without prejudice to renewal because the Court has not yet entered a TRO, but only an administrative stay. *See* ECF No. 31. That said, the Court ORDERS Intervenors' counsel to appear for the conference with the Court scheduled on **January 5, 2026**, at **10:30 a.m.** to discuss updates and next steps. As a reminder, the parties should join the conference by calling the

Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key. When prompted for an attendee ID number, press the pound (#) key again.  And pursuant to Rule 3(B)(i) of the Court's Individual Rules and Practices for Civil Cases, counsel for any represented party are reminded that they are required to send an email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call before the conference.  The Clerk of Court is directed to update the docket accordingly and terminate ECF No. 36.

        SO ORDERED.

Dated: January 2, 2026
        New York, New York

_____
        JESSE M. FURMAN
        United States District Judge

2