**LETTER TO THE COURT RE: ADA ACCOMMODATION STATUS**

Dear Judge Furman:

Plaintiffs respectfully advise the Court that, consistent with the Americans with Disabilities Act (ADA) and the District's accessibility procedures, they previously submitted a written request for reasonable accommodations, including remote participation and accessible email communication.

As of today, Plaintiffs have not yet received formal acknowledgment or confirmation from the Court's ADA Accommodation Office.

Plaintiffs respectfully request that the record reflect that an ADA accommodation request has been submitted and remains pending administrative confirmation. Plaintiffs will continue to communicate with the District Executive's ADA office to ensure all procedural requirements are met.

Respectfully submitted,
**Magdalena Kulisz**
**Shahar Kenan**
Plaintiffs, *pro se*
209 East 83rd Street, #1
New York, NY 10028
missimmigrantusa@gmail.com | (347) 435-8690 (not in service)

The Court notes that the Office of the District Executive's Disability Access Coordinator responded by email to Plaintiffs' request one day after it was submitted on December 18, 2025.  A copy of that email is attached to this letter.  Further, as already noted, *see* ECF No. 47, the Court accommodated Plaintiffs' request for reasonable accommodations by (1) granting Plaintiffs' motion to participate in the ECF System; (2) holding the conferences in this case remotely; and (3) providing Plaintiffs access to the conference via the Internet after they informed the Court they did not have a working telephone line.

SO ORDERED.

January 9, 2026

 Outlook

---

**FW: Kulisz v. City of New York, 1:25-cv-10303 -- Request for Reasonable Accommodation**

---

**From:** Accommodation NYSD
**Sent:** Friday, December 19, 2025 2:47 PM
**To:** 'missimmigrantusa@gmail.com' <missimmigrantusa@gmail.com>
**Cc:** Pro Se Filing <pro_se_filing@nysd.uscourts.gov>
**Subject:** Kulisz v. City of New York, 1:25-cv-10303 -- Request for Reasonable Accommodation

Dear Mr. Kenan and Ms. Kulisz:

I am writing in response to your Request for Reasonable Accommodation you submitted on December 18, 2025, in connection with *Kulisz v. City of New York*, 1:25-cv-10303.  The Office of the District Executive has reviewed your submission and provides the following response.

**Declarations Under 28 U.S.C. § 1746.** Parties appearing pro se in the Southern District of New York are not required to have documents notarized. The Court accepts unsworn declarations made under penalty of perjury pursuant to 28 U.S.C. § 1746 in lieu of notarized affidavits as a matter of standard practice. Accordingly, this aspect of your request does not require a formal accommodation, as the procedure you seek is already available to all pro se litigants.

A declaration form is available on the Court's website at:
https://www.nysd.uscourts.gov/forms/declaration. This form may be used for factual statements submitted in support of your filings.

**Remote or Electronic Alternatives for Administrative Interactions.** Your request for non-in-person administrative alternatives is noted. Many routine administrative matters can be handled by telephone, mail, email, or through the Court's electronic filing system. If you encounter a specific administrative interaction that presents a barrier due to your documented disabilities, please contact this office with the particulars of that situation, and we will work with you to identify an appropriate accommodation.

**Filing Procedures.** For questions regarding filing procedures and requirements, please contact the Pro Se Intake Unit at (212) 805-0175. Filing instructions are also available on the Court's website.

*Please note:* This response addresses administrative accommodations within the purview of the Office of the District Executive.  Requests that pertain to the conduct of judicial proceedings, including requests for remote court appearances or modifications to case-specific deadlines, must be directed to the presiding judge through appropriate motion practice.

If you have questions or require further assistance with disability-related accommodations, please contact the Accommodations inbox.

Respectfully,

Office of the District Executive
Disability Access Coordinator