UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                 :

MAGDALENA KULISZ et al.,                    :
                                 :

                Plaintiffs,       :
                                 :            25-CV-10303 (JMF)

      -v-                              :
                                 :                ORDER

THE CITY OF NEW YORK et al.,        :
                                 :

                Defendants.      :
                                 :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On December 19, 2025, the Court issued an Order, ECF No. 26, directing the Clerk of Court to seek pro bono counsel for plaintiffs.  The Court requested that Plaintiffs "promptly advise the Court if they have an objection to the Court seeking pro bono representation."  *Id.*  On December 29, 2025, Plaintiffs filed a responsive letter informing the Court that, at this time, they "are prepared to proceed pro se in this action and do not seek the appointment of counsel."  ECF No. 40.  In light of Plaintiffs' stated intention to proceed pro se in this matter, the Court directs the Clerk of Court to stop seeking pro bono counsel for Plaintiffs.  Should Plaintiffs' circumstances change, they may file an application to request pro bono counsel with the Court.  As Plaintiffs previously consented to receive electronic notice via the ECF system, see ECF Nos. 16, 17, there is no need to mail a copy of this Order to Plaintiffs.

        SO ORDERED.

Dated:  January 15, 2026
        New York, New York                           _____
                                            JESSE M. FURMAN
                                         United States District Judge