January 30, 2026
Via Email.

Hon. Jesse M. Furman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Kulisz et al. v. The City of New York et al.*,
Case No. **1:25-cv-10303 (JMF)**
**LETTER MOTION to Link Pro Se CM/ECF Account to Case for Filing Access**

Dear Judge Furman:

Plaintiffs, proceeding pro se and in forma pauperis, respectfully submit this letter motion because an administrative CM/ECF access issue is currently preventing Plaintiffs from filing documents in this case through their approved pro se CM/ECF account.

Plaintiffs have been approved for pro se CM/ECF filing and are able to access this case in "Query." However, Plaintiffs do not have access to the filing menus (e.g., "Civil" / "File a Document" or comparable filing utilities) for Case No. **1:25-cv-10303 (JMF)**, and therefore cannot file documents directly in CM/ECF.

On or about **January 11, 2026**, Plaintiffs emailed the Clerk/ECF Help Desk and Pro Se Intake requesting that Plaintiffs' CM/ECF account be linked to this case for filing purposes, or that Plaintiffs be advised of any additional step required (see Exhibit A). As of today, Plaintiffs still do not have filing access in CM/ECF for this matter.

Because Plaintiffs are pro se and ADA-disabled, and because the ability to file directly in CM/ECF is necessary to participate meaningfully and promptly in this litigation, Plaintiffs respectfully request that the Court direct the Clerk's Office/ECF Help Desk to link Plaintiffs' pro se CM/ECF account to this case (or otherwise enable filing access), or to advise Plaintiffs promptly of any specific action required to complete the linkage (e.g., a Notice of Appearance or other administrative form).

Plaintiffs request no other relief at this time.    Plaintiffs should email helpdesk@nysd.uscourts.gov for assistance in this matter.  The Clerk of Court is directed to terminate ECF No. 55.

Respectfully submitted,
Magdalena Kulisz,
Shahar Kenan
Pro Se.

SO ORDERED.

New York, New York. January 30, 2026.

February 2, 2026

1