## LETTER MOTION FOR SERVICE STATUS, TO DIRECT USMS TO FILE RETURNS, AND TO PRESERVE/EXTEND TIME FOR SERVICE

**January 30, 2026**

Hon. **Jesse M. Furman**
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Kulisz et al. v. The City of New York et al.*,
Case No. **1:25-cv-10303 (JMF)**

Plaintiffs' deadline to serve Defendants is hereby EXTENDED for an additional sixty (60) days to **April 10, 2026**. The Clerk of Court is directed to terminate ECF No. 56.

SO ORDERED.

February 2, 2026

**LETTER MOTION for Service Status; to Direct USMS to File Returns; and to Preserve/Extend Time for Service**
(Re: ECF No. 23; FRCP 4 Service Package Delivered to U.S.M. on 12/22/2025)

Dear Judge Furman:

Plaintiffs, proceeding pro se and in forma pauperis, respectfully submit this letter motion regarding service pursuant to the Court's Order of Service (ECF No. 23).

On December 22, 2025, the docket reflects: "FRCP 4 SERVICE PACKAGE DELIVERED TO U.S.M." with the summons, complaint, IFP papers, Order of Service, and completed U.S.M. forms for the following defendants: Danielle Chinea; New York State Office of Court Administration; New York State Unified Court System; The City of New York; and Joseph Zayas (**see Exhibit A**).

As of January 30, 2026, Plaintiffs do not see on the docket executed summonses/USMS returns (or returns unexecuted) reflecting whether service has been completed or attempted as to these defendants. Because Plaintiffs are IFP and service was ordered to be made by the U.S. Marshals Service ("USMS"), Plaintiffs cannot complete service themselves and cannot determine response deadlines absent the filed returns.

Plaintiffs also respectfully advise the Court that today, January 30, 2026, Plaintiffs contacted the USMS seeking a status update and requesting that executed (or unexecuted) returns be filed promptly (**see Exhibit B**).

Accordingly, Plaintiffs respectfully request that the Court enter an order directing the USMS to do one of the following promptly for each named defendant:

1. File the executed return(s) (including the service date and manner of service), or
2. If service has not been completed, file a return/status report describing what efforts were made, whether service was unsuccessful, and what additional information (if any) is needed from Plaintiffs to complete service.

Finally, to preserve Plaintiffs' rights under the Court's service order and Rule 4(m), Plaintiffs respectfully request that—to the extent service is not completed within the timeframe set forth in ECF No. 23 due to USMS delay or administrative issues—the Court extend the time for service for good cause.

Plaintiffs stand ready to provide any additional addresses or information the USMS may require.

Plaintiffs request no other relief at this time.
Respectfully submitted,

/s/Magdalena Kulisz
/s/Shahar Kenan
Pro Se