UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X
                                        :

MAGDALENA KULISZ et al.,             :

                     Plaintiffs,     :

                                   :         25-CV-10303 (JMF)

          -v-                   :

                                   :          <u>ORDER</u>

THE CITY OF NEW YORK et al.,      :

                    Defendants.    :

                                   :

-------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

On February 9, 2026, Defendant City of New York filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure.  Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.  Because Plaintiffs are proceeding *pro se*, however, the Court will give Plaintiffs additional time to amend the complaint.

Accordingly, it is hereby ORDERED that Plaintiffs shall file any amended complaint by **March 23, 2026.**  If Plaintiffs believe that the pleading of additional facts will cure deficiencies identified in the motion to dismiss, the Plaintiffs should include those facts in the amended complaint.[1]  Plaintiffs will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

If Plaintiffs do amend, by three (3) weeks after the amended complaint is filed, Defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it

---

[1]     If possible, Plaintiffs shall file any amended complaint with a redline showing all differences between the original and revised filings, pursuant to Local Civil Rule 15.1, which is available at https://www.nysd.uscourts.gov/rules.

relies on the previously filed motion to dismiss.  If Defendant files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.

If no amended complaint is filed, Plaintiffs shall serve any opposition to the motion to dismiss by **March 23, 2026**.  Defendant's reply, if any, shall be served by **April 6, 2026**.

Either party may request an extension of the briefing schedule for the motion.  A deadline will be extended if the party demonstrates that its pursuit of the action has been diligent and that there is a good reason for extending the deadline.

As Plaintiffs previously consented to receive electronic notice via the ECF system, *see* ECF Nos. 16, 17, there is no need to mail a copy of this Order to Plaintiffs.

SO ORDERED.

Dated: February 11, 2026
New York, New York

_____
JESSE M. FURMAN
United States District Judge

2