UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                               :

MAGDALENA KULISZ et al.,                :
                               :
                  Plaintiffs,       :
                               :           25-CV-10303 (JMF)
         -v-                         :
                               :               ORDER
THE CITY OF NEW YORK et al.,        :
                               :
                  Defendants.     :
                               :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On February 11, 2026, the Court issued an order, ECF No. 61, directing Plaintiffs to file any amended complaint in response to Defendant City of New York's Motion to Dismiss, ECF No. 59, by March 23, 2026. On March 6, 2026, Plaintiffs filed proof of service on the State Court Defendants in this case, indicating that those Defendants were served on March 3, 2026, and their responses to the Complaint are accordingly due on March 24, 2026. *See* ECF Nos. 64-68. In light of those deadlines, Plaintiffs should refrain from filing any new amended complaint until the State Court Defendants have had the opportunity to respond to the Complaint so they can plead additional facts to cure any deficiencies identified in those responses as well.

In light of the foregoing, Plaintiffs' deadline to file an amended complaint is hereby EXTENDED to **three weeks after the State Court Defendants file their response**. If Plaintiffs do amend, by three (3) weeks after the amended complaint is filed, all Defendants shall: (1) file answers; (2) file new motions to dismiss; or (3) file letters on ECF stating that they rely on the previously filed motion(s) to dismiss. If any Defendant that has moved to dismiss files an answer or a new motion to dismiss, the Court will deny its previously filed motion to

dismiss as moot.

If no amended complaint is filed, Plaintiffs shall serve any opposition to the motion to dismiss by **three weeks after the State Court Defendants file their response**.  Defendants' reply, if any, shall be served **two weeks thereafter**.  Either party may request an extension of the briefing schedule for the motion.  A deadline will be extended if the party demonstrates that its pursuit of the action has been diligent and that there is a good reason for extending the deadline.

As Plaintiffs previously consented to receive electronic notice via the ECF system, *see* ECF Nos. 16, 17, there is no need to mail a copy of this Order to Plaintiffs.

SO ORDERED.

Dated: March 11, 2026
New York, New York

JESSE M. FURMAN
United States District Judge

2