UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
—---------------------------------------------------------------------X

MAGDALENA KULISZ and SHAHAR KENAN,
individually and on behalf of MISS IMMIGRANT USA
and all others similarly situated,

v.                                                          **1:25-cv-10303 (JMF)**

The City of New York, et al.,
 Defendants.
—---------------------------------------------------------------------X

## Motion to Terminate Intervenors' Participation as Moot

Hon. Jesse M. Furman
 United States District Judge
 Thurgood Marshall United States Courthouse
 40 Foley Square
 New York, New York 10007

Re: *Kulisz et al. v. City of New York, et al.*, 1:25-cv-10303 (JMF)


Dear Judge Furman:

Plaintiffs Magdalena Kulisz and Shahar Kenan respectfully submit this letter-motion requesting that the Court terminate the participation of Intervenors Robert Lerch and Elizabeth Tapper as moot.

Intervenors were permitted to participate in connection with the emergency TRO / administrative-stay posture relating to the threatened eviction from 209 East 83rd Street. That emergency posture no longer exists. Plaintiffs were evicted on March 5, 2026. As a result, the asserted basis for Intervenors' emergency participation—opposition to interim anti-eviction relief and related stay issues — has been extinguished by events.

Because the eviction has already occurred, there is no longer any live TRO-related controversy requiring continued participation by Intervenors. Continued participation would serve no proper

1

procedural purpose and would risk unnecessary expansion of this federal action into collateral landlord-tenant matters beyond the scope of the intervention previously granted.

Plaintiffs therefore respectfully request that the Court:

**1.** terminate the participation of Intervenors Robert Lerch and Elizabeth Tapper as moot; and

**2.** direct the Clerk to terminate ECF appearance status for counsel for Intervenors, Alexander S. Weller, Esq., unless and until a live issue remains requiring Intervenors' participation.

If the Court wishes, Plaintiffs can submit proof of the March 5, 2026 eviction.

Thank you for the Court's attention to this request.

Date: March 11, 2026
Respectfully submitted,

/s/ Magdalena Kulisz
 Magdalena Kulisz
 Plaintiff, Pro Se

/s/ Shahar Kenan
 Shahar Kenan
 Plaintiff, Pro Se

Intervenors are directed to file a response no later than **March 17, 2026** indicating whether and on what grounds they oppose Plaintiffs' motion.  If no response is received by then, the Court will terminate Intervenors as parties to the case.

SO ORDERED

March 12, 2026

2