UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X
                                                     :

MAGDALENA KULISZ et al.,                  :

                 :

               Plaintiffs,           :           25-CV-10303 (JMF)

                 :

       -v-                     :               ORDER

                 :

THE CITY OF NEW YORK et al.,        :

                 :

              Defendants.       :

                 :

------------------------------------------------------------------------ X

JESSE M. FURMAN, United States District Judge:

On April 21, 2026, the State Court Defendants filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. *See* ECF No. 78. Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that, pursuant to the briefing schedule adopted on March 11, 2026, ECF No. 71, Plaintiff shall file any amended complaint by **May 12, 2026**. If Plaintiff believes that the pleading of additional facts will cure deficiencies identified in the motion to dismiss, the Plaintiff should include those facts in the amended complaint.[1] Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

If Plaintiffs do amend, by three (3) weeks after the amended complaint is filed, all Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motions to dismiss. If Defendants file an answer or a new motion to dismiss, the Court will deny the previously filed motions to dismiss as moot. If Defendants file a new motion to dismiss or indicate that they rely on their previously filed motion to dismiss, any opposition shall be filed within **three weeks of the filing**, and any reply shall be filed within **two weeks** of any opposition.

If no amended complaint is filed, the existing briefing schedule shall remain in effect, pursuant to which Plaintiff shall file any opposition to the motion to dismiss by **May 12, 2026**, and Defendant shall file any reply by **no later than two weeks thereafter**. *See* ECF No. 71. Either party may request an extension of the briefing schedule for the motion. A deadline will be extended if the party demonstrates that its pursuit of the action has been diligent and that there is a good reason for extending the deadline.

---

[1] If possible, Plaintiffs shall file any amended complaint with a redline showing all differences between the original and revised filings, pursuant to Local Civil Rule 15.1, which is available at https://www.nysd.uscourts.gov/rules.

As Plaintiffs previously consented to receive electronic notice via the ECF system, *see* ECF Nos. 16, 17, there is no need to mail a copy of this Order to Plaintiffs.

SO ORDERED.

Dated: April 22, 2026
      New York, New York

_____
JESSE M. FURMAN
United States District Judge