UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

:

MAGDALENA KULISZ et al.,                            :

:

Plaintiffs,                    :        25-CV-10303 (JMF)

:

-v-                              :            ORDER

:

THE CITY OF NEW YORK et al.,                         :

:

Defendants.                  :

:

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

In light of Defendants' new motions to dismiss, *see* ECF Nos. 91, 94, Defendants' earlier motions to dismiss filed at ECF No. 59, 78, are hereby DENIED as moot.  Plaintiffs' opposition to the new motion to dismiss is due by **July 14, 2026**.  Defendants' reply, if any, is due by **July 28, 2026**.

The Clerk of Court is directed to terminate ECF Nos. 59 and 78.  As Plaintiffs previously consented to receive electronic notice via the ECF system, see ECF Nos. 16, 17, there is no need to mail a copy of this Order to Plaintiffs.

SO ORDERED.

Dated:  June 24, 2026
        New York, New York                  _____
                                              JESSE M. FURMAN
                                              United States District Judge